UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-00045(01)RM |
| ) | |
| CHRISTOPHER M. WEISE ) | |

## ORDER

No objections have been filed to the Magistrate Judge's findings and recommendations upon a plea of guilty issued on July 8, 2009 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Christopher Weise's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(1).

SO ORDERED.

ENTERED:  August 3, 2009 

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court